FILED: June 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4249

(2:14-cr-00008-MSD-DEM-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEVE JACOB JOSEPH, a/k/a Steve O

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of counsel's motion to withdraw from further representation, the court denies the motion.

The district court determined that standby counsel was necessary to assist in the district court. Court –appointed counsel on appeal shall file a formal brief on behalf of the appellant.

Appellant may file a motion for leave to file a pro se supplemental brief accompanied by the proposed pro se brief within 30 days of the filing of the opening brief on his behalf.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk