FILED: June 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4182
(2:14-cr-00008-MSD-DEM-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

NICOLE FELICIA CLARK, a/k/a Mo

  Defendant - Appellant

_____

No. 15-4249
(2:14-cr-00008-MSD-DEM-2)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

STEVE JACOB JOSEPH, a/k/a Steve O

  Defendant - Appellant

_____

O R D E R

_____

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk